470 A.2d 524

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Herbert L. BRADLEY, John H. Burroughs, Thomas J. Buzzar and Louis C. Stith.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1984.

Decided Feb. 3, 1984.

Ronald T. Williamson, Joseph J. Hylan, Asst. Dist. Attys., for appellant.

A. Charles Peruto, Jr., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT and HUTCHINSON, JJ., did not participate in the consideration or decision of this case.